IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEREMY B. WAGNER,

       Plaintiff,

v.                                   Case No. 1:17cv93-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

       Defendant.
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument, ECF No. 18. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motion for oral argument is **DENIED**. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications Social Security benefits is **AFFIRMED** and judgment is

1

entered for Defendant." The Clerk shall close the file.

**SO ORDERED on December 15, 2017.**

<u>**s/Mark E. Walker**</u>      ____<br>
**United States District Judge**